**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| KIANA GHASEMI, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JOSEPH B. EDLOW, in his official | ) | Civil Action No. 26-cv-14161-JEK |
| capacity as Director, U.S. Citizenship | ) | |
| and Immigration Services, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff and Defendant, by their respective counsel, respectfully submit this joint status report.

The parties are working to ensure that Plaintiff's employment authorization remains in effect through April 27, 2027, as provided by the Court's order. The parties will continue these efforts in good faith and will submit a further status report if either party requests a status conference or seeks additional relief.

**Joint Proposal for Further Proceedings**

The parties jointly propose the following schedule for further proceedings. If they reach an agreement resolving the remaining claims, they will promptly notify the Court.

December 9, 2026: Defendant produces and files the administrative record.

January 11, 2027: Plaintiff files her motion for summary judgment.

February 10, 2027: Defendant files his opposition and any cross-motion for summary judgment.

February 24, 2027: Plaintiff files her reply and any opposition to Defendant's cross-motion for summary judgment.

March 10, 2027: Defendant files any reply in support of his cross-motion for summary judgment.

Dated: November 9, 2026

Respectfully submitted,

KIANA GHASEMI,
By her counsel,
/s/ Carl Hurvich, Esq.
Carl Hurvich (BBO No. 698179)
BROOKS LAW FIRM
10 High Street, Suite 3
Medford, MA 02155
Telephone: (617) 245-8090
carl@brookslawfirm.com

LEAH B. FOLEY
United States Attorney
/s/ Robert E. Richardson
Robert E. Richardson
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3100
Robert.Richardson@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that this document, when filed through the Court's CM/ECF system, will be served electronically on Robert E. Richardson, Assistant United States Attorney, counsel for Defendant, at Robert.Richardson@usdoj.gov.

Dated: November 9, 2026

/s/ Carl Hurvich, Esq.
Carl Hurvich